IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR17 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES PIERCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [16]. Counsel needs additional time to work towards an agreed resolution of the case that includes civil matters and to allow the defendant to continue in substance abuse counseling and treatment. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [16] is granted, as follows:

1. The jury trial now set for May 3, 2021 is continued to **August 2, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 2, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 26, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**